<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA DAWN DOWLING, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH P. LISIECKI III, <br><br> Defendant. | Civil Action No. 25-14096 (SDW) (SDA) <br><br> **OPINION AND ORDER** <br><br> August 13, 2025 |

**WIGENTON, District Judge.**

   **THIS MATTER** having come before this Court upon *pro se* Plaintiff Angela Dawn Dowling's ("Plaintiff") Complaint (D.E. 1 ("Complaint")) and accompanying application to proceed *in forma pauperis* (D.E. 1-2), and

   **WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating he is "unable to pay such fees," but must dismiss a case that is frivolous, "fails to state a claim upon which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. §§ 1915(a)(1), (e)(2)(B); and

   **WHEREAS** Plaintiff's IFP application is facially deficient. Although the form requires specific information about assets, income, and expenses, Plaintiff has entered "Unknown" or "TBD" in response to basic questions that should be within her personal knowledge, such as the current value of her home, the amount of monthly insurance payments, and her vehicle registration number. Without complete and accurate disclosures regarding these matters, this Court cannot

meaningfully assess Plaintiff's financial status, and the application must therefore be denied; therefore

    **IT IS**, on this 13th day of August 2025,

    **ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **DENIED**; and it is further

    **ORDERED** that Plaintiff shall have thirty (30) days to provide a new IFP application; and it is further

    **ORDERED** that the Clerk of Court shall mail a copy of this order to Plaintiff.

    **SO ORDERED.**

                                                         */s/ Susan D. Wigenton*
                                                 **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
         Stacey D. Adams, U.S.M.J.